Andrew R. Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Telephone: 215-791-6957
Facsimile: 888-329-0305
E-mail: andyperrong@gmail.com

Plaintiff *Pro-Se*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 THE FAIRWAY #131<br>JENKINTOWN, PA 19046<br><br>    Plaintiff<br><br>vs.<br><br>CALLER IDENTIFED AS CONNOR<br><br>    Defendant. | Case No. 1:22-cv-04479-CPO-EAP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF MOTION FOR LEAVE TO SERVE A THIRD-PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

**TO: ALL COUNSEL OF RECORD IN THIS MATTER**

    **PLEASE TAKE NOTICE** that on August 15, 2022, at 9:30 AM, or as soon thereafter as

Plaintiff may be heard, Plaintiff will appear before the Honorable Elizabeth A. Pascal, U.S.

Magistrate Judge, at the United States District Court for the District of New Jersey, Camden

Vicinage, at 4th & Cooper Streets, Camden, NJ 08101, and move that this court enter an Order,

1

pursuant to Federal Rule of Procedure 26, permitting the Plaintiff to serve a third party subpoena upon Defendant's telephone service provider(s) prior to a Rule 26(f) conference.

In support of this Motion, the Plaintiff will rely upon the accompanying Brief attached hereto, any reply papers in support thereof, and oral argument, if ordered.

Pursuant to Local Civil Rule 7.1(e), a proposed order is also being submitted.

Dated: **July 11, 2022**

/s/ _____
Andrew R. Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com