**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ANDREW R. PERRONG

                     Plaintiff,

v.                                     Case No.:
                                     1:22–cv–04479–CPO–EAP
                                     Judge Christine P. O'Hearn

CALLER IDENTIFIED AS CONNOR,
et al.

                     Defendant.


**Order For Dismissal Pursuant to L.Civ.R. 41.1(a)**

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 27th day of February, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.


      /s/ Christine P. O'Hearn
      _____
      CHRISTINE P. O'HEARN United States District Judge